IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TARIUS D. GANAWAY,**

               **Plaintiff,**

**v.**

**C/O WINE, et al.,**

               **Defendants.**

**Case No. 19-cv-00621-NJR**

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Defendant Lisa Goldman was issued summons on Plaintiff's Complaint on October 9, 2019 (Doc. 20). Defendant Goldman returned the waiver on October 29, 2019, and her Answer was due December 9, 2019 (Doc. 23). As of this date, Defendant Goldman has failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **GRANTS** the Motion of Entry of Default (Doc. 26) and **ORDERS** as follows:

    (1)    The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Goldman in accordance with Federal Rule of Civil Procedure 55(a).

    (2)    Plaintiff is **ORDERED** to move for default judgment against Defendant Goldman on or before **February 20, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

    (3)    If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Goldman for failure to

prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Goldman.

**IT IS SO ORDERED.**

**DATED:** January 30, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**